IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00552-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  TIMOTHY CASSIUS,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

       Upon petition of the United States and for good cause shown, it is hereby

       ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce TIMOTHY CASSIUS before United States Judge Edward W. Nottingham, Wednesday, March 1, 2006 at 2:15 p.m., for proceedings and appearances upon the charges in the INDICTMENT, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

       SO ORDERED this 27th day of February, 2006.

                                                   s/ Edward W. Nottingham
                                                   EDWARD W. NOTTINGHAM, JUDGE
                                                   UNITED STATES DISTRICT COURT
                                                   DISTRICT OF COLORADO