IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00552–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TIMOTHY GORDON CASSIUS,
    a/k/a Timothy Gordon Cassias,
    a/k/a Timothy Williams,
    a/k/a Quincy Owens,
    a/k/a Michael Cassias,
    a/k/a "Cash",

    Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **May 8, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

**ORDERED** that the deadline for filing all motions is March 29, 2006.  All responses shall be filed by April 5, 2006.  A hearing on the motions, if necessary, is set for **April 12, 2006**, at 9:00 o'clock a.m.  It is further

1

**ORDERED** that a change of plea hearing is scheduled to commence at 2:45 o'clock p.m. on Friday, **April 28, 2006**.  The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, April 26, 2006.

Dated: March 13, 2006